PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Rule 56(c), Ala. R. Civ. P.; § 12-21-12, Ala.Code.1975; Danford v. Arnold, 582 So.2d 545 (Ala.1991); Wellcraft Marine v. Zarzour, 577 So.2d 414 (Ala.1990); Hanners v. Balfour Guthrie, Inc., 564 So.2d 412 (Ala.1990); Bass v. SouthTrust Bank of Baldwin County, 538 So.2d 794 (Ala.1989); West v. Founders Life Assurance Co. of Florida, 547 So.2d 870 (Ala.1989); Bussey v. John Deere Co., 531 So.2d 860 (Ala.1988); and Feil v. Wittern Group, Inc., 784 So.2d 302 (Ala.Civ.App.2000).
CRAWLEY, THOMPSON, and MURDOCK, JJ., concur.
YATES, P.J., concurs in part and dissents in part.